**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN H. CLARK III, <br><br> Defendant(s). | 2:12-CV-1723 JCM (PAL) |

**ORDER**

Presently before the court is the matter of HICA Education Loan Corporation v. Clark. This court has already granted default judgment in favor of plaintiff. (*See* doc. # 13).[1]

Plaintiff is seeking to collect on defaulted student loans. Plaintiff has offered authenticated exhibits of the outstanding amount of defendant Clark's student loans. Upon review of the entire record, the court finds that plaintiff is awarded judgment against defendant Clark in the amount of $5,351.81, with additional prejudgment and post-judgment interest.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff should be awarded judgment from and against defendant in the amount of $5,351.81, with additional prejudgment interest from February 7, 2013, to the date of this court's prior order granting default judgment (doc. # 13) at the rate of $0.31 per day.

---

[1] This court granted default on March 25, 2013.

James C. Mahan
U.S. District Judge

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this judgment shall bear

2 interest from the date of the prior judgment (doc. # 13) until it is paid at a variable rate calculated

3 by the Secretary of the Department of Health and Human Services for each calendar quarter and

4 computed by determining the average of the bond equivalent rates for the ninety-one day U.S.

5 Treasury bills auctioned during the proceeding quarter, plus 3.0 percent, rounding this figure up to

6 the nearest one-eighth of one percent.

7      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff shall prepare an

8 appropriate judgment.

9      DATED April 12, 2013.

10

11                                **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -