Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Matthew L. Johnson & Associates, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
Facsimilie: (702) 471-0075
mjohnson@mjohnsonlaw.com
rgubler@mjohnsonlaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>　　　　Plaintiff,<br>v.<br>JOHN H. CLARK, III,<br>　　　　Defendant. | No. 2:12-cv-01723-JCM-PAL<br><br>DEFAULT JUDGMENT |

Before the Court is a Motion for Default Judgment filed in this case by Plaintiff, HICA Education Loan Corporation ("Plaintiff"), against Defendant, John H. Clark, III ("Defendant"). The Court takes notice of the entry of Defendant's Default. (ECF # 11). In consideration of the Clerk's records, the pleadings, and the Plaintiff's Motion, the Court finds that the Plaintiff's Motion is in good order and well-founded and that the Plaintiff's Motion should be GRANTED. IT IS, THEREFORE,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff shall be, and hereby is, awarded judgment from and against Defendant for **$5,351.81**, with additional prejudgment interest from February 7, 2013, to the date of this judgment at the rate of $0.31 per day.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that this judgment shall bear interest from the date of this judgment until it is paid at a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and

*Default Judgment*
*Page 1 of 2*

1 | computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 3.0 percent, rounding this figure up to the nearest one-eighth of one percent.

SIGNED May 15, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,
Matthew L. Johnson & Associates, P.C.

_____
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Katie A. Bindrup (12181)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065

*Default Judgment*
*Page 2 of 2*