# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HICA EDUCATION LOAN CORPORATION,

    Plaintiff(s),

v.

JOHN H. CLARK III,

    Defendant(s).

2:12-CV-1723 JCM (PAL)

## ORDER

Presently before the court is plaintiff's motion for fees and costs. (Doc. # 15). The defendant has not filed a response in opposition and the deadline date for filing a response has passed.

Defendant received student loans and plaintiff is now the owner and/or holder of the notes for the student loans. It was alleged that defendant never repaid approximately $3,551 in student loans. Defendant never appeared after proper service, and this court entered default judgment against defendant.

Plaintiff now moves for attorney's fees in the amount of $1,741 and costs in the amount of $ 464.69, both pursuant to Federal Rule of Civil Procedure 54. The court, in its discretion, declines to award fees or costs.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for fees and costs (doc. # 15) be, and the same hereby, is DENIED.

DATED June 24, 2013.

_____
UNITED STATES DISTRICT JUDGE